ANTHONY E. STILGER, Respondent, *v.* GUY S. BRANTING-HAM, Appellant.

*Stilger* v. *Brantingham*, 146 App. Div. 940, affirmed.
(Argued January 30, 1913; decided March 11, 1913.)

APPEAL from a judgment, entered November 18, 1911, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of plaintiff upon the verdict at the Trial Term in an action to recover a balance alleged to be due upon a promissory note.

*Alexander Thain* for appellant.

*William West Shaw* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WERNER, CHASE, COLLIN and CUDDE-BACK, JJ. Not voting: CULLEN, Ch. J. Not sitting: MILLER, J.